**Ella M. ALSTON, Petitioner,**

v.

**SOCIAL SECURITY
ADMINISTRATION,
Respondent.**

No. 04–3138.

United States Court of Appeals,
Federal Circuit.

March 24, 2004.

Douglas R. Taylor, Principal Attorney, Rockville, MD, for Petitioner.

James D. Colt, Principal Attorney, Kathryn A. Bleecker, David M. Cohen, of Counsel, Washington, DC, for Respondent.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Anthony G. GURASH, Claimant–
Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.**

No. 04–7068.

United States Court of Appeals,
Federal Circuit.

March 25, 2004.

Anthony G. Gurash, of Counsel, Campbell, CA, for Claimant–Appellant.

Michael S. Dufault, Principal Attorney, William F. Ryan, David M. Cohen, of Counsel, Washington, DC, for Respondent–Appellee.

### ON MOTION

### *ORDER*

Upon consideration of Anthony G. Gurash's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.